UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WE SHALL OVERCOME FOUNDATION and BUTLER FILMS, LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE RICHMOND ORGANIZATION, INC. (TRO INC.) and LUDLOW MUSIC, INC.,<br><br>        Defendants. | C.A. No. 1:16-cv-02725-DLC |

## NOTICE OF MOTION AND PLAINTIFFS' MOTION
## FOR RECONSIDERATION OR REARGUMENT

TO DEFENDANTS AND THEIR COUNSEL:

TAKE NOTICE THAT, Plaintiffs, We Shall Overcome Foundation ("WSOF") and Butler Films, LLC ("Butler"), pursuant to Federal Rules of Civil Procedure 59 and 60, and upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration of Attorneys' Fee Award, hereby requests reconsideration or reargument of the Court's Opinion and Order entered on July 31, 2018 (Doc. 164) ("Fee Award") awarding an award of attorneys' fees in the amount of $352,000 to Plaintiffs as "prevailing parties" under Section 505 of the Copyright Act, 17 U.S.C. § 505.

Dated: August 10, 2018
                 Respectfully submitted,

                 WOLF HALDENSTEIN ADLER
                 FREEMAN & HERZ LLP

           By:   s/ Mark C. Rifkin
               Mark C. Rifkin
               Randall S. Newman

       Gloria K. Melwani
       Rifkin@whafh.com
       Newman@whafh.com
       Melwani@whafh.com
       270 Madison Ave.
       10th Floor
       New York, NY  10016
       (212) 545-4600

       *Attorneys for Plaintiffs*